**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT DESIGNATED FOR PUBLICATION

David F. Rutledge
Attorney at Law
330 Settlers Trace, Suite A
Lafayette LA 70508

**REHEARING ACTION: March 21, 2018**

**Docket Number: 17   00724-CW**

**CLIFTON FRANKLIN**
**VERSUS**
**FOUNTAIN GROUP ADJUSTERS, LLC**

**Writ Application from Pineville City Court Parish Case No. 2016CV00229**

**BEFORE JUDGES:**

> **Hon. Sylvia R. Cooks**
> **Hon. John E. Conery**
> **Hon. Van H. Kyzar**

As counsel of record in the captioned case, you are hereby notified that the ruling on

the application for rehearing filed by **Clifton Franklin** is:

> **REHEARING GRANTED.**
> **WRIT GRANTED.**  Plaintiff-Relator, Clifton Franklin, is hereby given until
> April 5, 2018, to file any additional brief, if desired.  Defendant-Respondent,
> Fountain Group Adjusters, L.L.C., is hereby given until April 12, 2018, to file
> any additional brief, if desired.  If a party desires to have oral argument in this
> matter, the moving party may file a motion, with the appropriate filing fee,
> stating the reasons why oral argument is necessary in this case, by no later
> than April 5, 2018.

> Cooks, J., I would not call this case up and would deny the writ.

cc: Stacy Christopher Auzenne, Counsel for  the Respondent